UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAQUISHA BANKS, MARY BEST,**
**AUBREE BURRIS, JULIA DELCID,**
**KIMBERLY GREEN, REBECCA HOWELL,**
**ANGEL HULSBERG, ALEXANDRA MARCANO,**
**ASHLEIGH RYALS, JOAN THOMAS,**
**SAMARIS TOLEDO, REBEKAH WEAVER,**
**LAWANA WILLIAMS, WANDA WORKS, JASYLINE SMITH,**
**ROBERT WOMACK, VICTOR HORRELL,**
**RACHEL ANGLADA, IRMA LAUREANO, WALTER JACOBSEN,**
**CARMEN MERCADO, NITOSHA DIAZ, SANDRA MORENO,**
**LONETTE POSEY and CHERYL THORPE on behalf of themselves**
**and on behalf of a Class Comprised of other Similarly Situated**
**Former Employees of Defendant,**

  **Plaintiffs,**
v.          **Case No.: 8:13-cv-00985-JDW-TBM**

**ALORICA INC.,**

  **Defendant.**
_____/

**NOTICE OF WITHDRAWAL OF EMERGENCY AND AMENDED MOTION FOR PROTECTIVE ORDER RESTRAINING DEFENDANT FROM THREATENING FACT WITNESSES EXPECTED TO TESTIFY IN THIS CASE**

Plaintiffs, LAQUISHA BANKS, MARY BEST, AUBREE BURRIS, JULIA DELCID, KIMBERLY GREEN, REBECCA HOWELL, ANGEL HULSBERG, ALEXANDRA MARCANO, ASHLEIGH RYALS, JOAN THOMAS, SAMARIS TOLEDO, REBEKAH WEAVER, LAWANA WILLIAMS, WANDA WORKS, JASYLINE SMITH, ROBERT WOMACK, VICTOR HORRELL, RACHEL ANGLADA, IRMA LAUREANO, WALTER JACOBSEN, CARMEN MERCADO, NITOSHA DIAZ, SANDRA MORENO, LONETTE POSEY and CHERYL THORPE ("Plaintiffs") on behalf of themselves and on behalf of a Class Comprised of other Similarly Situated Former Employees of Defendant, by and through their undersigned counsel, respectfully withdraw their emergency motion for protective order and

preceding amended motion for protective order [hereinafter "Motions"; Dkt. 38, 44] restraining and enjoining the Defendant Alorica, Inc. and their counsel from threatening any person who is or may be a potential witness in this case. The parties have reached a compromise which addresses the issues raised in Plaintiffs' Motions. Accordingly, the Motions are withdrawn. Plaintiffs respectfully request that the Court cancel the hearing noticed for September 19, 2013 at 11:30 a.m. before Magistrate Thomas B. McCoun III. [Dkt. 47].

Dated this 17th day of September, 2013.

Respectfully submitted,

/s/Luis A. Cabassa
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
Main No.: 813-224-0431
Direct No.: 813-379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: mkimbrou@wfclaw.com

And

**CYNTHIA M. GONZALEZ**
Florida Bar Number: 53052
28870 US19 North, Suite 300
Clearwater, Florida 33761
Telephone: 727-831-0009
Facsimile: 866-593-6771
E-mail: cynthia@wagesdue.com
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of September, 2013, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to:

Amelia Toy Rudolph
Allegra J. Lawrence-Hardy
Laurance J. Warco
SoRelle B. Brown
Sutherland Asbill and Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309

/s/ Luis A. Cabassa
**LUIS A. CABASSA**