IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LAQUISHA BANKS, MARY BEST, AUBREE BURRIS, JULIA DELCID, REBECCA HOWELL, ANGEL HULSBERG, ALEXANDRA MARCANO, JOAN THOMAS, SAMARIS TOLEDO, REBEKAH WEAVER, LAWANA WILLIAMS, WANDA WORKS, JASYLINE SMITH, ROBERT WOMACK, VICTOR HORRELL, RACHEL ANGLADA, IRMA LAUREANO, WALTER JACOBSEN, CARMEN MERCADO, NITOSHA DIAZ, SANDRA MORENO, LONETTE POSEY, CHERYL THORPE, and CYNTHIA GORDON, on behalf of themselves and on behalf of a Class Comprised of other Similarly Situated Former Employees of Defendant, <br><br> Plaintiffs, <br><br> v. <br><br> ALORICA INC., <br><br> Defendant. | CASE NO.: 8:13-cv-00985-JDW-TBM |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' UNOPPOSED
MOTION FOR ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

Plaintiffs, LAQUISHA BANKS, MARY BEST, AUBREE BURRIS, JULIA DELCID, REBECCA HOWELL, ANGEL HULSBERG, ALEXANDRA MARCANO, JOAN THOMAS, SAMARIS TOLEDO, REBEKAH WEAVER, LAWANA WILLIAMS, WANDA WORKS, JASYLINE SMITH, ROBERT WOMACK, VICTOR HORRELL, RACHEL ANGLADA, IRMA LAUREANO, WALTER JACOBSEN, CARMEN MERCADO, NITOSHA DIAZ, SANDRA MORENO, LONETTE POSEY, CHERYL THORPE and CYNTHIA GORDON ("Named Plaintiffs") on behalf of themselves and on behalf of a Class Comprised of other Similarly Situated Former Employees of Defendant, by and through their undersigned counsel,

respectfully withdraw their unopposed motion for attorneys' fees and payments of expenses. [Dkt. 69].

    Dated this 6th day of June, 2014.

Respectfully submitted,

/s/Luis A. Cabassa
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
Main No.: 813-224-0431
Direct No.: 813-379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: mkimbrou@wfclaw.com

And

**CYNTHIA M. GONZALEZ**
Florida Bar Number: 53052
28870 US19 North, Suite 300
Clearwater, Florida 33761
Telephone: 727-831-0009
Facsimile: 866-593-6771
E-mail: cynthia@wagesdue.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of June, 2014, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to:

Amelia Toy Rudolph
Allegra J. Lawrence-Hardy
Laurance J. Warco
SoRelle B. Brown
Sutherland Asbill and Brennan LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309

                                       /s/ Luis A. Cabassa
                                       **LUIS A. CABASSA**